# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-258-798

**Effective Date of Registration:**
June 17, 2021
**Registration Decision Date:**
July 14, 2021

---

## Title

**Title of Work:** modern oil painting of elephant

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** April 19, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Zhenkun Wu
  **Author Created:** 2-D artwork
  **Citizen of:** China

## Copyright Claimant

**Copyright Claimant:** Zhenkun Wu
No. 29, Yakou, Main Street, Ludi Village, Gande Town, Anxi County, Quanzhou
City, Fujian, 362413, China

## Certification

**Name:** Zhenkun Wu
**Date:** June 17, 2021

---

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-258-793

**Effective Date of Registration:**
June 16, 2021
**Registration Decision Date:**
July 14, 2021

---

## Title

Title of Work: Marble Swirl

## Completion/Publication

Year of Completion: 2021
Date of 1st Publication: April 19, 2021
Nation of 1st Publication: United States

## Author

- Author: Zhenkun Wu
  Author Created: 2-D artwork
  Citizen of: China

## Copyright Claimant

Copyright Claimant: Zhenkun Wu
No. 29, Yakou, Main Street, Ludi Village, Gande Town, Anxi County, Quanzhou City, Fujian, 362413, China

## Certification

Name: Zhenkun Wu
Date: June 16, 2021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-258-794

**Effective Date of Registration:**
June 16, 2021
**Registration Decision Date:**
July 14, 2021

---

## Title
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

**Title of Work:**   Magical Tree of Life

## Completion/Publication
━━━━━━━━━━━━━━━━━━━━━━━━━━━

**Year of Completion:**   2021
**Date of 1st Publication:**   April 19, 2021
**Nation of 1ˢᵗ Publication:**   United States

## Author
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

- **Author:**   Zhenkun Wu
  **Author Created:**   2-D artwork
  **Citizen of:**   China

## Copyright Claimant
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

**Copyright Claimant:**   Zhenkun Wu
No. 29, Yakou, Main Street, Ludi Village, Gande Town, Anxi County, Quanzhou City, Fujian, 362413, China

## Certification
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

**Name:**   Zhenkun Wu
**Date:**   June 16, 2021

---

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-258-907

**Effective Date of Registration:**
June 16, 2021
**Registration Decision Date:**
July 15, 2021

---

## Title

**Title of Work:** Indian Elephant

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** April 19, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Zhenkun Wu
  **Author Created:** 2-D artwork
  **Citizen of:** China

## Copyright Claimant

**Copyright Claimant:** Zhenkun Wu
No. 29, Yakou, Main Street, Ludi Village, Gande Town, Anxi County, Quanzhou City, Fujian, 362413, China

## Certification

**Name:** Zhenkun Wu
**Date:** June 16, 2021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-258-905**

**Effective Date of Registration:**
June 16, 2021
**Registration Decision Date:**
July 15, 2021

## Title

**Title of Work:** Indian Elephant

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** April 19, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Zhenkun Wu
  **Author Created:** 2-D artwork
  **Citizen of:** China

## Copyright Claimant

**Copyright Claimant:** Zhenkun Wu
No. 29, Yakou, Main Street, Ludi Village, Gande Town, Anxi County, Quanzhou City, Fujian, 362413, China

## Certification

**Name:** Zhenkun Wu
**Date:** June 16, 2021

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-258-799

**Effective Date of Registration:**
June 17, 2021
**Registration Decision Date:**
July 14, 2021

---

## Title

**Title of Work:** Wizard Skull

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** April 19, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Zhenkun Wu
  **Author Created:** 2-D artwork
  **Citizen of:** China

## Copyright Claimant

**Copyright Claimant:** Zhenkun Wu
No. 29, Yakou, Main Street, Ludi Village, Gande Town, Anxi County, Quanzhou City, Fujian, 362413, China

## Certification

**Name:** Zhenkun Wu
**Date:** June 17, 2021

---

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-258-800

**Effective Date of Registration:**
June 17, 2021
**Registration Decision Date:**
July 14, 2021

---

## Title
_____

**Title of Work:** white flower

## Completion/Publication
_____

**Year of Completion:** 2021
**Date of 1st Publication:** April 19, 2021
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Zhenkun Wu
  **Author Created:** 2-D artwork
  **Citizen of:** China

## Copyright Claimant
_____

**Copyright Claimant:** Zhenkun Wu
No. 29, Yakou, Main Street, Ludi Village, Gande Town, Anxi County, Quanzhou City, Fujian, 362413, China

## Certification
_____

**Name:** Zhenkun Wu
**Date:** June 17, 2021

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-258-916

**Effective Date of Registration:**
June 16, 2021
**Registration Decision Date:**
July 15, 2021

---

## Title

**Title of Work:**  We Are The Granddaughters Of The Witches You Couldn'T Burn

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** April 19, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Zhenkun Wu
  **Author Created:** 2-D artwork
  **Citizen of:** China

## Copyright Claimant

**Copyright Claimant:** Zhenkun Wu
No. 29, Yakou, Main Street, Ludi Village, Gande Town, Anxi County, Quanzhou City, Fujian, 362413, China

## Certification

**Name:** Zhenkun Wu
**Date:** June 16, 2021



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-258-802**

**Effective Date of Registration:**
June 17, 2021
**Registration Decision Date:**
July 14, 2021

---

## Title
_____

**Title of Work:** Watercolor white cow

## Completion/Publication
_____

**Year of Completion:** 2021
**Date of 1st Publication:** April 19, 2021
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Zhenkun Wu
  **Author Created:** 2-D artwork
  **Citizen of:** China

## Copyright Claimant
_____

**Copyright Claimant:** Zhenkun Wu
No. 29, Yakou, Main Street, Ludi Village, Gande Town, Anxi County, Quanzhou City, Fujian, 362413, China

## Certification
_____

**Name:** Zhenkun Wu
**Date:** June 17, 2021

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-258-803

**Effective Date of Registration:**
June 17, 2021
**Registration Decision Date:**
July 14, 2021

---

### Title

**Title of Work:** Watercolor

### Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** April 19, 2021
**Nation of 1st Publication:** United States

### Author

- **Author:** Zhenkun Wu
  **Author Created:** 2-D artwork
  **Citizen of:** China

### Copyright Claimant

**Copyright Claimant:** Zhenkun Wu
No. 29, Yakou, Main Street, Ludi Village, Gande Town, Anxi County, Quanzhou City, Fujian, 362413, China

### Certification

**Name:** Zhenkun Wu
**Date:** June 17, 2021

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-258-804

**Effective Date of Registration:**
June 17, 2021
**Registration Decision Date:**
July 14, 2021

---

## Title
 

**Title of Work:** watercolor tree

## Completion/Publication
 

**Year of Completion:** 2021
**Date of 1st Publication:** April 19, 2021
**Nation of 1st Publication:** United States

## Author
 

- **Author:** Zhenkun Wu
  **Author Created:** 2-D artwork
  **Citizen of:** China

## Copyright Claimant
 

**Copyright Claimant:** Zhenkun Wu
No. 29, Yakou, Main Street, Ludi Village, Gande Town, Anxi County, Quanzhou
City, Fujian, 362413, China

## Certification
 

**Name:** Zhenkun Wu
**Date:** June 17, 2021

---

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-258-805

**Effective Date of Registration:**
June 17, 2021
**Registration Decision Date:**
July 14, 2021

---

## Title

**Title of Work:** Tropical

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** April 19, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Zhenkun Wu
  **Author Created:** 2-D artwork
  **Citizen of:** China

## Copyright Claimant

**Copyright Claimant:** Zhenkun Wu
No. 29, Yakou, Main Street, Ludi Village, Gande Town, Anxi County, Quanzhou City, Fujian, 362413, China

## Certification

**Name:** Zhenkun Wu
**Date:** June 17, 2021

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-258-806**

**Effective Date of Registration:**
June 17, 2021
**Registration Decision Date:**
July 14, 2021

---

## Title
 

**Title of Work:** Tribal Aztec Style Boho Arrow

## Completion/Publication
 

**Year of Completion:** 2021
**Date of 1st Publication:** April 19, 2021
**Nation of 1st Publication:** United States

## Author
 

- **Author:** Zhenkun Wu
  **Author Created:** 2-D artwork
  **Citizen of:** China

## Copyright Claimant
 

**Copyright Claimant:** Zhenkun Wu
No. 29, Yakou, Main Street, Ludi Village, Gande Town, Anxi County, Quanzhou City, Fujian, 362413, China

## Certification
 

**Name:** Zhenkun Wu
**Date:** June 17, 2021

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-258-807

**Effective Date of Registration:**
June 17, 2021
**Registration Decision Date:**
July 14, 2021

## Title
_____

**Title of Work:**  tree heart butterfly

## Completion/Publication
_____

**Year of Completion:** 2021
**Date of 1st Publication:** April 19, 2021
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Zhenkun Wu
  **Author Created:** 2-D artwork
  **Citizen of:** China

## Copyright Claimant
_____

**Copyright Claimant:** Zhenkun Wu
No. 29, Yakou, Main Street, Ludi Village, Gande Town, Anxi County, Quanzhou
City, Fujian, 362413, China

## Certification
_____

**Name:** Zhenkun Wu
**Date:** June 17, 2021

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-258-808

**Effective Date of Registration:**
June 17, 2021
**Registration Decision Date:**
July 14, 2021

## Title _____

**Title of Work:** tie-dyed

## Completion/Publication _____

**Year of Completion:** 2021
**Date of 1st Publication:** April 19, 2021
**Nation of 1ˢᵗ Publication:** United States

## Author _____

- **Author:** Zhenkun Wu
  **Author Created:** 2-D artwork
  **Citizen of:** China

## Copyright Claimant _____

**Copyright Claimant:** Zhenkun Wu
No. 29, Yakou, Main Street, Ludi Village, Gande Town, Anxi County, Quanzhou
City, Fujian, 362413, China

## Certification _____

**Name:** Zhenkun Wu
**Date:** June 17, 2021

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

# VA 2-258-782

**Effective Date of Registration:**
June 16, 2021
**Registration Decision Date:**
July 14, 2021

---

## Title

        **Title of Work:** Sail Boat Waves and Octopus

## Completion/Publication

    **Year of Completion:** 2021
    **Date of 1st Publication:** April 19, 2021
    **Nation of 1st Publication:** United States

## Author

-     **Author:** Zhenkun Wu
    **Author Created:** 2-D artwork
    **Citizen of:** China

## Copyright Claimant

    **Copyright Claimant:** Zhenkun Wu
No. 29, Yakou, Main Street, Ludi Village, Gande Town, Anxi County, Quanzhou City, Fujian, 362413, China

## Certification

    **Name:** Zhenkun Wu
    **Date:** June 16, 2021

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-258-783

**Effective Date of Registration:**
June 16, 2021
**Registration Decision Date:**
July 14, 2021

---

## Title
 

       **Title of Work:** Psychedelic Arabesque

## Completion/Publication
 

       **Year of Completion:** 2021
       **Date of 1st Publication:** April 19, 2021
       **Nation of 1st Publication:** United States

## Author
 

-        **Author:** Zhenkun Wu
       **Author Created:** 2-D artwork
       **Citizen of:** China

## Copyright Claimant
 

       **Copyright Claimant:** Zhenkun Wu
       No. 29, Yakou, Main Street, Ludi Village, Gande Town, Anxi County, Quanzhou City, Fujian, 362413, China

## Certification
 

       **Name:** Zhenkun Wu
       **Date:** June 16, 2021



## Certificate of Registration

This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-258-784**

**Effective Date of Registration:**
June 16, 2021
**Registration Decision Date:**
July 14, 2021

---

## Title

**Title of Work:** poppy

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** April 19, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Zhenkun Wu
  **Author Created:** 2-D artwork
  **Citizen of:** China

## Copyright Claimant

**Copyright Claimant:** Zhenkun Wu
No. 29, Yakou, Main Street, Ludi Village, Gande Town, Anxi County, Quanzhou
City, Fujian, 362413, China

## Certification

**Name:** Zhenkun Wu
**Date:** June 16, 2021

Page 1 of 1

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

# VA 2-258-785

**Effective Date of Registration:**
June 16, 2021
**Registration Decision Date:**
July 14, 2021

---

## Title
**Title of Work:** Pink Floral

## Completion/Publication
**Year of Completion:** 2021
**Date of 1st Publication:** April 19, 2021
**Nation of 1st Publication:** United States

## Author
- **Author:** Zhenkun Wu
  **Author Created:** 2-D artwork
  **Citizen of:** China

## Copyright Claimant
**Copyright Claimant:** Zhenkun Wu
No. 29, Yakou, Main Street, Ludi Village, Gande Town, Anxi County, Quanzhou City, Fujian, 362413, China

## Certification
**Name:** Zhenkun Wu
**Date:** June 16, 2021

Page 1 of 1

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-258-788

**Effective Date of Registration:**
June 16, 2021
**Registration Decision Date:**
July 14, 2021

---

## Title
                                                                            

        **Title of Work:** Moonlit Garden

## Completion/Publication
                                                                            

    **Year of Completion:** 2021
    **Date of 1st Publication:** April 19, 2021
    **Nation of 1st Publication:** United States

## Author
                                                                            

    •    **Author:** Zhenkun Wu
    **Author Created:** 2-D artwork
    **Citizen of:** China

## Copyright Claimant
                                                                            

    **Copyright Claimant:** Zhenkun Wu
    No. 29, Yakou, Main Street, Ludi Village, Gande Town, Anxi County, Quanzhou
    City, Fujian, 362413, China

## Certification
                                                                            

    **Name:** Zhenkun Wu
    **Date:** June 16, 2021

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-258-697

**Effective Date of Registration:**
June 15, 2021
**Registration Decision Date:**
July 14, 2021

---

## Title

**Title of Work:** Cute Novelty Funny Galaxy Space Cat

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** April 19, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Zhenkun Wu
  **Author Created:** 2-D artwork
  **Citizen of:** China

## Copyright Claimant

**Copyright Claimant:** Zhenkun Wu
No. 29, Yakou, Main Street, Ludi Village, Gande Town, Anxi County, Quanzhou City, Fujian, 362413, China

## Certification

**Name:** Zhenkun Wu
**Date:** June 15, 2021

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-258-699

**Effective Date of Registration:**
June 15, 2021
**Registration Decision Date:**
July 14, 2021

---

## Title
　　　　　　　　　　　**Title of Work:** dance of the dragon flies

## Completion/Publication
　　　　　　**Year of Completion:** 2021
　　　　**Date of 1st Publication:** April 19, 2021
　　　**Nation of 1ˢᵗ Publication:** United States

## Author
- 　　　　　　　　**Author:** Zhenkun Wu
　　　　　　**Author Created:** 2-D artwork
　　　　　　　**Citizen of:** China

## Copyright Claimant
　　　**Copyright Claimant:** Zhenkun Wu
No. 29, Yakou, Main Street, Ludi Village, Gande Town, Anxi County, Quanzhou
City, Fujian, 362413, China

## Certification
　　　　　　　　　　**Name:** Zhenkun Wu
　　　　　　　　　　**Date:** June 15, 2021

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-257-550

**Effective Date of Registration:**
June 17, 2021
**Registration Decision Date:**
July 07, 2021

## Title

**Title of Work:** Foggy Mountains

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** April 19, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Zhenkun Wu
 **Author Created:** photograph
 **Citizen of:** China

## Copyright Claimant

**Copyright Claimant:** Zhenkun Wu
No. 29, Yakou, Main Street, Ludi Village, Gande Town, Anxi County, Quanzhou City, Fujian, 362413, China

## Certification

**Name:** Zhenkun Wu
**Date:** June 17, 2021

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-258-701

**Effective Date of Registration:**
June 15, 2021
**Registration Decision Date:**
July 14, 2021

---

## Title
 
**Title of Work:** daisies flowers

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** April 19, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Zhenkun Wu
  **Author Created:** 2-D artwork
  **Citizen of:** China

## Copyright Claimant

**Copyright Claimant:** Zhenkun Wu
No. 29, Yakou, Main Street, Ludi Village, Gande Town, Anxi County, Quanzhou
City, Fujian, 362413, China

## Certification

**Name:** Zhenkun Wu
**Date:** June 15, 2021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-258-735

**Effective Date of Registration:**
June 15, 2021
**Registration Decision Date:**
July 14, 2021

---

## Title

**Title of Work:** Electric Fox

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** April 19, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Zhenkun Wu
  **Author Created:** 2-D artwork
  **Citizen of:** China

## Copyright Claimant

**Copyright Claimant:** Zhenkun Wu
No. 29, Yakou, Main Street, Ludi Village, Gande Town, Anxi County, Quanzhou City, Fujian, 362413, China

## Certification

**Name:** Zhenkun Wu
**Date:** June 15, 2021

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-258-713

**Effective Date of Registration:**
June 15, 2021
**Registration Decision Date:**
July 14, 2021

---

## Title

**Title of Work:** Druid Tree of Life

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** April 19, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Zhenkun Wu
  **Author Created:** 2-D artwork
  **Citizen of:** China

## Copyright Claimant

**Copyright Claimant:** Zhenkun Wu
No. 29, Yakou, Main Street, Ludi Village, Gande Town, Anxi County, Quanzhou
City, Fujian, 362413, China

## Certification

**Name:** Zhenkun Wu
**Date:** June 15, 2021

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-258-915

**Effective Date of Registration:**
June 16, 2021
**Registration Decision Date:**
July 15, 2021



---

## Title

  **Title of Work:** Picket Fence Party

## Completion/Publication

  **Year of Completion:** 2021
  **Date of 1st Publication:** April 19, 2021
  **Nation of 1st Publication:** United States

## Author

- **Author:** Zhenkun Wu
  **Author Created:** 2-D artwork
  **Citizen of:** China

## Copyright Claimant

  **Copyright Claimant:** Zhenkun Wu
  No. 29, Yakou, Main Street, Ludi Village, Gande Town, Anxi County, Quanzhou
  City, Fujian, 362413, China

## Certification

  **Name:** Zhenkun Wu
  **Date:** June 16, 2021

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-258-786**

**Effective Date of Registration:**
June 16, 2021
**Registration Decision Date:**
July 14, 2021

---

## Title

**Title of Work:** ocean theme flower

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** April 19, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Zhenkun Wu
  **Author Created:** 2-D artwork
  **Citizen of:** China

## Copyright Claimant

**Copyright Claimant:** Zhenkun Wu
No. 29, Yakou, Main Street, Ludi Village, Gande Town, Anxi County, Quanzhou City, Fujian, 362413, China

## Certification

**Name:** Zhenkun Wu
**Date:** June 16, 2021

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-258-787

**Effective Date of Registration:**
June 16, 2021
**Registration Decision Date:**
July 14, 2021

---

## Title
_____

**Title of Work:** Mountain Tree

## Completion/Publication
_____

**Year of Completion:** 2021
**Date of 1st Publication:** April 19, 2021
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Zhenkun Wu
  **Author Created:** 2-D artwork
  **Citizen of:** China

## Copyright Claimant
_____

**Copyright Claimant:** Zhenkun Wu
No. 29, Yakou, Main Street, Ludi Village, Gande Town, Anxi County, Quanzhou City, Fujian, 362413, China

## Certification
_____

**Name:** Zhenkun Wu
**Date:** June 16, 2021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-258-789

**Effective Date of Registration:**
June 16, 2021
**Registration Decision Date:**
July 14, 2021



---

## Title

| | |
|---|---|
| **Title of Work:** | Monterey Bay Whales |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2021 |
| **Date of 1st Publication:** | April 19, 2021 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Zhenkun Wu |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | China |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Zhenkun Wu |
| | No. 29, Yakou, Main Street, Ludi Village, Gande Town, Anxi County, Quanzhou City, Fujian, 362413, China |

## Certification

| | |
|---|---|
| **Name:** | Zhenkun Wu |
| **Date:** | June 16, 2021 |

Page 1 of 1

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-258-790

**Effective Date of Registration:**
June 16, 2021
**Registration Decision Date:**
July 14, 2021

---

## Title

**Title of Work:** Monterey Bay Seahorse

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** April 19, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Zhenkun Wu
**Author Created:** 2-D artwork
**Citizen of:** China

## Copyright Claimant

**Copyright Claimant:** Zhenkun Wu
No. 29, Yakou, Main Street, Ludi Village, Gande Town, Anxi County, Quanzhou City, Fujian, 362413, China

## Certification

**Name:** Zhenkun Wu
**Date:** June 16, 2021

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

## VA 2-258-791

**Effective Date of Registration:**
June 16, 2021
**Registration Decision Date:**
July 14, 2021

## Title
—————————————————————————

**Title of Work:**   Monterey Bay sea turtle

## Completion/Publication
—————————————————————————

**Year of Completion:**   2021
**Date of 1st Publication:**   April 19, 2021
**Nation of 1st Publication:**   United States

## Author
—————————————————————————

- **Author:**   Zhenkun Wu
  **Author Created:**   2-D artwork
  **Citizen of:**   China

## Copyright Claimant
—————————————————————————

**Copyright Claimant:**   Zhenkun Wu
No. 29, Yakou, Main Street, Ludi Village, Gande Town, Anxi County, Quanzhou
City, Fujian, 362413, China

## Certification
—————————————————————————

**Name:**   Zhenkun Wu
**Date:**   June 16, 2021

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

## VA 2-258-792

**Effective Date of Registration:**
June 16, 2021
**Registration Decision Date:**
July 14, 2021

## Title

**Title of Work:** Monterey Bay Octopus

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** April 19, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Zhenkun Wu
**Author Created:** 2-D artwork
**Citizen of:** China

## Copyright Claimant

**Copyright Claimant:** Zhenkun Wu
No. 29, Yakou, Main Street, Ludi Village, Gande Town, Anxi County, Quanzhou City, Fujian, 362413, China

## Certification

**Name:** Zhenkun Wu
**Date:** June 16, 2021

Page 1 of 1