IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Zhenkun Wu, <br><br> Plaintiff, <br> v. <br><br> The Partnerships and Unincorporated Associations Identified in Schedule "A", <br><br> Defendants. | Case No.: 24-cv-02012 <br><br> Judge: Hon. Mary M. Rowland <br><br> Magistrate: Hon. Young B. Kim |

## VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff hereby notifies this Court that the Plaintiff voluntarily dismisses **without prejudice** any and all claims against the following defendants:

| Doe # | Seller Name | Seller ID |
|---|---|---|
| 22 | bestofferhercolor | bestofferhercolor |
| 150 | rewardingvisit | rewardingvisit |
| 188 | WEIKANGS | A20TZ7DHQBHHD |
| 267 | mmorda1 | mmorda1 |

Dated: June 25, 2024

Respectfully submitted,

By: /s/ Kevin Keener

Kevin J. Keener
ARDC #6296898
Keener & Associates, P.C.
161 N. Clark Street, Suite #1600
Chicago, IL 60601
(312) 523-2164
kevin.keener@keenerlegal.com