# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Zhenkun Wu.

Plaintiff,

v.

The Partnerships And Unincorporated Associations Identified On Schedule "A" Defendants.

_____/

**Case: 24-cv-2012**

## ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIM

Defendants Atrippy, Fokus Home, Raymall Direct, and VEEMO Gobal Store (collectively referred as "Defendants" hereafter) hereby answers to the Complaint [DE 1] and asserts affirmative defenses and counterclaim and state as follows:

1. No answer is needed. If an answer is needed, denied.

2. Denied.

3. Denied.

4. Denied.

5. Denied.

6. Denied.

7. Denied.

8. Denied.

9. Denied.

10. Denied.

11. Denied.

12. Denied.

13. Denied.

14. Admitted.

15. Admitted.

16. Admitted.

17. Denied.

18. Denied.

19. Denied.

20. Denied.

21. Denied.

22. Denied.

23. Denied.

24. Denied.

25. Denied.

26. Denied.

27. Denied.

28. Denied.

29. Denied.

30. Denied.

31. Denied.

32. Denied.

33. Denied.

34. Denied.

35. Denied.

36. Denied.

37. Denied.

38. No answer is needed. If an answer is needed, denied.

39. No answer is needed. If an answer is needed, denied.

40. Denied.

41. Denied.

42. Denied.

43. Denied.

44. Denied.

45. Denied.

46. Denied.

47. Denied.

48. Denied.

49. Denied.

50. No answer is needed. If an answer is needed, denied.

51. Denied.

52. Denied.

53. Denied.

54. Denied.

55. Denied.

56. Denied.

57. Denied.

58. Denied.

59. No answer is needed. If an answer is needed, denied.

60. Denied.

61. Denied.

62. Denied.

63. Denied.

64. Denied.

65. Denied.

66. No answer to the prayer of relief is needed. If any answer is needed, denied.

## JURY TRIAL DEMAND

67. Defendants demand jury trial on all counts of the Complaint.

## AFFIRMTIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE - INVALIDITY OF THE COPYRIGHT

68. The Plaintiff claims that he or she is the creator of the allegedly copyrighted work of art.

69. In fact, such work of art appeared on internet before the alleged date of first publication, or the actual filing date of the alleged copyright.

70. Thus, Plaintiff's alleged copyrighted image/photograph is invalid due to it was not the actual creator of the copyrighted work.

71. Defendants reserve the right to assert further affirmative defenses in future.

Respectfully submitted on July 16, 2024.

/s/ Jianyin Liu
Jianyin Liu, Esq.
FBN: 1007675
The Law Offices of James Liu, LLC
9010 SW 25th St Unit 1,
Miami, FL 33165
Ph: (305) 209 6188
Email: jamesliulaw@gmail.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing was sent to all parties via CM/ECF on July 16, 2024.

/s/ Jianyin Liu

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

**Atrippy, et al**

Counter-Plaintiffs,

v.

**Zhenku Wu,** Counter-Defendant.

_____/

**Case: 23-cv-2012**

## COUNTERCLAIM

Counter-Plaintiffs, Atrippy, Fokus Home, Raymall Direct, and VEEMO Gobal Store (collectively referred as "Counter-Plaintiffs" hereafter), hereby asserts this counterclaim against Zhenku Wu, ("Counter-Defendant" hereafter), and states as follows:

## JURISDICTION AND VENUE

1. This Counterclaim is filed pursuant to Fed. Civ. P. Rule 13. Counterclaim and Crossclaim (a) and/or (b), as it is against the Plaintiff/Counter-Defendant in the instant case.

2. Also, this Court has jurisdiction over this counterclaim pursuant to 28 U.S.C. § 1338(a), which grants district courts original jurisdiction over all civil actions arising under any Act of Congress relating to patents.

3. This Court has supplemental jurisdiction under 28 U.S. Code § 1367 for the negligence claim.

## PARTIES

4. Counter-Plaintiffs were the owner of stores on e-commerce platforms in the U.S.

## INTRODUCTIONS

5. Counter-Plaintiffs file this counterclaim against Plaintiff pursuant to 17 U.S.C. § 411.

6. The Counter-Defendant claims the creation and publication date of the work in his or her copyright registration.

7. However, Counter-Plaintiffs have obtained substantial evidence indicating that the work, or a substantially similar work, was publicly accessible on the internet before the date of first publication.

## COUNT I - DECLARATORY JUDGMENT OF COPYRIGHT
## INVALIDITY OF COPYRIGHT

8. Counter-Plaintiff incorporated ¶¶ 1-7 to this Count, as if they are re-stated herein.

9. Counter-Defendant claims the creation and publication date of the work in his or her copyright registration.

10. However, Counter-Plaintiffs have obtained substantial evidence indicating that the work, or a substantially similar work, was publicly accessible on the internet before the date of first publication.

11. Thus, Counter-Defendant's alleged copyrighted image/photograph is invalid due to it was not the actual creator of the copyrighted work.

12. For the ground above, Counter-Plaintiff requests this Court declare the copyrighted image that Counter-Defendant alleged that Counter-Plaintiff infringed is invalid.

## Jury Demand

13. Counter-Defendants hereby demand a trial by jury on all issues so triable.

Dated: July 16, 2024

/s/ Jianyin Liu
Jianyin Liu, Esq.
FBN: 1007675
The Law Offices of James Liu, LLC
9010 SW 25th St Unit 1,
Miami, FL 33165
Ph: (305) 209 6188
Email: jamesliulaw@gmail.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing was sent to all parties via CM/ECF on July 16, 2024.

/s/ Jianyin Liu